**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-21821-DRC |
| | § | |
| TIMOTHY S. HAGER | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATION FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David E. Grochocinski, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of U.S. Bankruptcy Court, 219 Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 a.m. on 06/28/2013, in Courtroom 4016, United States Courthouse, DuPage County Courthouse, 505 N. County Farm Road, DuPage, IL 60187. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  05/08/2013             By:  /s/ David E. Grochocinski
                                            (Trustee)

David E. Grochocinski
1900 Ravinia Place
Orland Park, IL, 60462

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | Case No. 12-21821-DRC |
|---|---|---|
| | § | |
| TIMOTHY S. HAGER | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of* | $10,500.00 |
| *and approved disbursements of* | $371.81 |
| *leaving a balance on hand of*[1] *:* | $10,128.19 |

Claims of secured creditors will be paid as follows: NONE

| | |
|---|---:|
| Total to be paid to secured creditors: | $0.00 |
| Remaining balance: | $10,128.19 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David E. Grochocinski, Trustee Fees | $1,800.00 | $0.00 | $1,800.00 |
| InnovaLaw, PC, Attorney for Trustee Fees | $2,872.50 | $0.00 | $2,872.50 |
| InnovaLaw, PC, Attorney for Trustee Expenses | $57.20 | $0.00 | $57.20 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses: | $4,729.70 |
| Remaining balance: | $5,398.49 |

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

| | |
|---|---:|
| Total to be paid to prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $5,398.49 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  |  |
|---|---:|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $5,398.49 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $11,413.78 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 47.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 1 | Discover Bank | $10,523.30 | $0.00 | $5,004.44 |
| 2 | FIA CARD SERVICES NA as successor in interest to | $890.48 | $0.00 | $423.47 |

|  |  |
|---|---:|
| Total to be paid to timely general unsecured claims: | $5,427.91 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  |  |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in

UST Form 101-7-NFR (10/1/2010)

full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

     Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By:  /s/ David E. Grochocinski
                Trustee

David E. Grochocinski
1900 Ravinia Place
Orland Park, IL, 60462

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                             United States Bankruptcy Court
                              Northern District of Illinois

In re:                                                             Case No. 12-21821-DRC
Timothy S. Hager                                                   Chapter 7
        Debtor            CERTIFICATE OF NOTICE
District/off: 0752-1          User: mgonzalez              Page 1 of 2              Date Rcvd: May 11, 2013
                              Form ID: pdf006              Total Noticed: 11


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 12, 2013.
db           +Timothy S. Hager,    176 Rosedale Ct.,    Bloomingdale, IL 60108-1471
aty          +Innovalaw PC,    1900 Ravinia Place,    Orland Park, IL 60462-3760
18969578     +Bank Of America,    Po Box 982238,    El Paso, TX 79998-2238
18969579     +Bmo Harris Bank,    Po Box 94034,    Palatine, IL 60094-4034
18969580     +Bmo Harris Trust& Savi,    111 W Monroe St,    Chicago, IL 60603-4095
18969582     #+Erin S. Hager,    2660 Cadbury Circle,    Lake in the Hills, IL 60156-6707
19436728     +++FIA CARD SERVICES NA as successor in interest to,     Bank of America NA (USA)& MBNA,
               4161 Piedmont Parkway,    NC4 105 03 14,    Greensboro, NC 27410
18969583     +Gary E. Green, Esq.,    Clark Hill PLC,    150 N. Michigan, Ste 2700,    Chicago, IL 60601-7576
18969584     +Lake in the Hills Sanitary District,     515 Plum St.,    Lake in the Hills, IL 60156-3399

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19290137      E-mail/PDF: mrdiscen@discoverfinancial.com May 11 2013 16:41:40     Discover Bank,
               DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
18969581     +E-mail/PDF: mrdiscen@discoverfinancial.com May 11 2013 16:41:40     Discover Fin Svcs Llc,
               Po Box 15316,    Wilmington, DE 19850-5316
                                                                                               TOTAL: 2

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 12, 2013           Signature:    *Joseph Speetjens*

```
District/off: 0752-1          User: mgonzalez             Page 2 of 2                  Date Rcvd: May 11, 2013
                              Form ID: pdf006             Total Noticed: 11
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 8, 2013 at the address(es) listed below:
          Ariane   Holtschlag    on behalf of Plaintiff David E Grochocinski aholtschlag@wfactorlaw.com,
           nb@wfactorlaw.com
          Ariane   Holtschlag    on behalf of Trustee David E Grochocinski aholtschlag@wfactorlaw.com,
           nb@wfactorlaw.com
          David E Grochocinski    on behalf of Trustee David E Grochocinski lawyers@innovalaw.com,
           lawyers@innovalaw.com
          David E Grochocinski    dgrochocinski@innovalaw.com, deg@trustesolutions.net
          Gary E. Green    on behalf of Creditor    BMO HARRIS BANK N.A. F/K/A HARRIS N.A.
           ggreen@clarkhill.com, jfelker@clarkhill.com
          Joseph P Doyle    on behalf of Debtor Timothy S. Hager joe@fightbills.com
          Kathleen M. McGuire    on behalf of Trustee David E Grochocinski kmcguire@innovalaw.com,
           kmmcguirelaw@sbcglobal.net
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                                           TOTAL: 8