UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | Case No. 12-21821-DRC |
|---|---|---|
| | § | |
| TIMOTHY S. HAGER | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)

David E. Grochocinski, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned:<br>*(without deducting any secured claims)* | $0.00 | Assets Exempt: | $21,330.00 |
| Total Distributions to Claimants: | $5,427.91 | Claims Discharged Without Payment: | $5,985.87 |
| Total Expenses of Administration: | $5,072.09 | | |

3) Total gross receipts of $10,500.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $10,500.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $5,072.09 | $5,072.09 | $5,072.09 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | NA | $11,413.78 | $11,413.78 | $5,427.91 |
| **Total Disbursements** | NA | $16,485.87 | $16,485.87 | $10,500.00 |

4). This case was originally filed under chapter 7 on 05/30/2012. The case was pending for 20 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/02/2014        By:    /s/ David E. Grochocinski
                                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| PREFERENCE REGARDING BANK OF AMERICA | 1149-000 | $3,000.00 |
| PREFERENCE REGARDING PAYMENT TO PARENTS | 1241-000 | $7,500.00 |
| **TOTAL GROSS RECEIPTS** | | $10,500.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS
NONE

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David E. Grochocinski, Trustee | 2100-000 | NA | $1,800.00 | $1,800.00 | $1,800.00 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | NA | $6.80 | $6.80 | $6.80 |
| Green Bank | 2600-000 | NA | $42.59 | $42.59 | $42.59 |
| InnovaLaw, PC | 2700-000 | NA | $293.00 | $293.00 | $293.00 |
| InnovaLaw, PC, Attorney for Trustee | 3110-000 | NA | $2,872.50 | $2,872.50 | $2,872.50 |
| InnovaLaw, PC, Attorney for Trustee | 3120-000 | NA | $57.20 | $57.20 | $57.20 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $5,072.09 | $5,072.09 | $5,072.09 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | NA | $10,523.30 | $10,523.30 | $5,004.44 |
| 2 | FIA CARD SERVICES NA | 7100-000 | NA | $890.48 | $890.48 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | |
|---|---|---|---|---|---|
| as successor in interest to | | | | | |
| CLERK OF THE US BANKRUPTCY COURT (Claim No. 2; FIA CARD SERVICES NA as successor in interest to) | 7100-001 | $0.00 | $0.00 | $0.00 | $423.47 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $0.00 | $11,413.78 | $11,413.78 | $5,427.91 |

**UST Form 101-7-TDR (10/1/2010)**

Case 12-21821   Doc 43   Filed 01/15/14   Entered 01/15/14 11:30:50   Desc Main
Document      Page 5 of 14

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1    Exhibit 8

| Case No.: | 12-21821-DRC | | | Trustee Name: | David E. Grochocinski |
|---|---|---|---|---|---|
| Case Name: | HAGER, TIMOTHY S. | | | Date Filed (f) or Converted (c): | 05/30/2012 (f) |
| For the Period Ending: | 1/2/2014 | | | §341(a) Meeting Date: | 06/28/2012 |
| | | | | Claims Bar Date: | 11/02/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Real estate located at 2660 Cadbury Cir. Lake in the Hills, IL 60156 | $173,100.00 | $0.00 | | $0.00 | FA |
| 2 | Cash on Hand | $250.00 | $0.00 | | $0.00 | FA |
| 3 | Checking account with Fifth Third Bank | $1,800.00 | $0.00 | | $0.00 | FA |
| 4 | Savings account with Fifth Third Bank | $350.00 | $0.00 | | $0.00 | FA |
| 5 | Miscellaneous used household goods and furnishings | $325.00 | $0.00 | | $0.00 | FA |
| 6 | Books, Pictures, and CD's | $60.00 | $0.00 | | $0.00 | FA |
| 7 | Wearing Apparel | $460.00 | $460.00 | | $0.00 | FA |
| 8 | Miscellaneous Costume Jewelry | $45.00 | $0.00 | | $0.00 | FA |
| 9 | 401(k) / Retirement plan through employer - 100% exempt. | $8,678.00 | $8,678.00 | | $0.00 | FA |
| 10 | IRA account with Oppenheimer Funds - 100% Exempt | $52,000.00 | $52,000.00 | | $0.00 | FA |
| 11 | 2011 tax refund of $7296.00 was received (April) prior to filing. As debtor's divorce was finalized in February 2012, debtor received 1/2 of the refund, $3648 which was spent on ordinary and necessary living expenses. | $0.00 | $0.00 | | $0.00 | FA |
| 12 | Automobile - 2003 Volkswagen Jetta - 95,000 miles - Paid in Full - Full Coverage Auto Insurance | $3,500.00 | $0.00 | | $0.00 | FA |
| 13 | Automobile - 2006 Honda CRV EX - Paid in Full - Full Coverage Auto Insurance - Pursuant to divorce decree, debtor's name was transferred off title in May 2012. | $0.00 | $0.00 | | $0.00 | FA |
| 14 | PREFERENCE REGARDING PAYMENT TO PARENTS (u) | $15,500.00 | $7,500.00 | | $7,500.00 | FA |
| 15 | PREFERENCE REGARDING BANK OF AMERICA | $5,000.00 | $3,000.00 | | $3,000.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2   Exhibit 8

| **Case No.:** | 12-21821-DRC | | **Trustee Name:** | David E. Grochocinski |
| **Case Name:** | HAGER, TIMOTHY S. | | **Date Filed (f) or Converted (c):** | 05/30/2012 (f) |
| **For the Period Ending:** | 1/2/2014 | | **§341(a) Meeting Date:** | 06/28/2012 |
| | | | **Claims Bar Date:** | 11/02/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **TOTALS (Excluding unknown value)** | | | | | **Gross Value of Remaining Assets** |
| | $261,068.00 | $71,638.00 | | $10,500.00 | $0.00 |

**Major Activities affecting case closing:**
  SETTLEMENT PENDING REGARDING PREFERENCE TO PARENTS SET FOR 11/9/12; DEMAND TO BANK OF AMERICA
  TFR filed
  Waiting for checks to clear for TDR preparation
  Waiting for one check to clear
  Check after 10/15/2013, final date to clear.

**Initial Projected Date Of Final Report (TFR):**   06/30/2014     **Current Projected Date Of Final Report (TFR):**   06/30/2014     /s/ DAVID E. GROCHOCINSKI
                                                                                                                                                          DAVID E. GROCHOCINSKI

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-21821-DRC | | Trustee Name: | David E. Grochocinski |
|---|---|---|---|---|
| Case Name: | HAGER, TIMOTHY S. | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9205 | | Checking Acct #: | ******2101 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 5/30/2012 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/2/2014 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/07/2012 | (14) | TIMOTHY HAGER | SETTLEMENT | 1241-000 | $7,500.00 | | $7,500.00 |
| 11/26/2012 | 3001 | InnovaLaw, PC | REIMBURSEMENT OF ADVERSARY FILING FEE | 2700-000 | | $293.00 | $7,207.00 |
| 11/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $9.69 | $7,197.31 |
| 12/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $10.86 | $7,186.45 |
| 01/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $11.59 | $7,174.86 |
| 02/21/2013 | 3002 | INTERNATIONAL SURETIES, LTD | Bond#016026455 | 2300-000 | | $6.80 | $7,168.06 |
| 02/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $10.45 | $7,157.61 |
| 03/18/2013 | (15) | BANK OF AMERICA | SETTLEMENT OF ADVERSARY AGAINST FIA 12A 01797 | 1149-000 | $3,000.00 | | $10,157.61 |
| 03/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $13.58 | $10,144.03 |
| 04/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $15.84 | $10,128.19 |
| 07/01/2013 | | Green Bank | Reverse Bank Fees | 2600-000 | | ($29.42) | $10,157.61 |
| 07/08/2013 | 3003 | David E. Grochocinski | Trustee Compensation | 2100-000 | | $1,800.00 | $8,357.61 |
| 07/08/2013 | 3004 | InnovaLaw, PC | Distribution on Claim #: ; | 3110-000 | | $2,872.50 | $5,485.11 |
| 07/08/2013 | 3005 | InnovaLaw, PC | Distribution on Claim #: ; | 3120-000 | | $57.20 | $5,427.91 |
| 07/08/2013 | 3006 | Discover Bank | Distribution on Claim #: 1; | 7100-000 | | $5,004.44 | $423.47 |
| 07/08/2013 | 3007 | FIA CARD SERVICES NA as successor in interest to | Distribution on Claim #: 2; | 7100-000 | | $423.47 | $0.00 |
| 11/07/2013 | 3007 | VOID: FIA CARD SERVICES NA as successor in interest to | | 7100-003 | | ($423.47) | $423.47 |
| 11/07/2013 | 3008 | CLERK OF THE US BANKRUPTCY COURT | Distribution on Claim #2; Unclaimed funds, Case #12-21821 | 7100-001 | | $423.47 | $0.00 |

| | | | | **SUBTOTALS** | $10,500.00 | $10,500.00 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-21821-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | HAGER, TIMOTHY S. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9205 | Checking Acct #: | ******2101 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 5/30/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/2/2014 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $10,500.00 | $10,500.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $10,500.00 | $10,500.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $10,500.00 | $10,500.00 | |

**For the period of 5/30/2012 to 1/2/2014**

| | |
|---|---|
| Total Compensable Receipts: | $10,500.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $10,500.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $10,500.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $10,500.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 11/07/2012 to 1/2/2014**

| | |
|---|---|
| Total Compensable Receipts: | $10,500.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $10,500.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $10,500.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $10,500.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-21821-DRC | | Trustee Name: | David E. Grochocinski |
|---|---|---|---|---|
| Case Name: | HAGER, TIMOTHY S. | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9205 | | Checking Acct #: | ******2101 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 5/30/2012 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/2/2014 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $10,500.00 | $10,500.00 | $0.00 |

**For the period of 5/30/2012 to 1/2/2014**

| | |
|---|---|
| Total Compensable Receipts: | $10,500.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $10,500.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $10,500.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $10,500.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 05/30/2012 to 1/2/2014**

| | |
|---|---|
| Total Compensable Receipts: | $10,500.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $10,500.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $10,500.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $10,500.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 Case |
| TIMOTHY S. HAGER | ) | |
| | ) | Case No. 12 B 21821 |
| | ) | |
| | ) | Hon. Donald R. Cassling |
| Debtor | ) | Bankruptcy Judge |

### ORDER AWARDING COMPENSATION AND EXPENSES

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

| | | |
|---|---|---:|
| 1. | Trustee's compensation | $1,800.00 |
| 2. | Trustee's expenses | $0.00 |
| | TOTAL | $1,800.00 |
| 3. | Chapter 11 Trustee's compensation | $0.00 |
| 4. | Chapter 11 Trustee's expenses | $0.00 |
| | TOTAL | $0.00 |

IT IS FUTHER ORDERED that the requests for compensation and expenses are allowed as follows:

1. Attorney for the Trustee
   a. Compensation $2,872.50

   b. Expenses $57.20

|   |                                         |         |
|---|-----------------------------------------|---------|
|   | c. Chapter 11 Compensation              | $0.00   |
|   | d. Chapter 11 Expenses                  | $0.00   |
| 2.| Accountant for the Trustee              |         |
|   | a. Compensation                         | $0.00   |
|   | b. Expenses                             | $0.00   |
|   | c. Chapter 11 Compensation              | $0.00   |
|   | d. Chapter 11 Expenses                  | $0.00   |
| 3.| Other Professionals                     |         |
|   | TOTAL                                   | $2,929.70 |

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED  6-28-13

ENTERED: _____
DONALD R. CASSLING
UNITED STATES BANKRUPTCY JUDGE

# GREEN BANK

4000 Greenbriar Drive
Houston, TX 77098

www.greenbank.com

**STATEMENT**



```
                                          Date 11/29/13              Page     1
TIMOTHY S HAGER, DEBTOR
DAVID E GROCHOCINSKI, TRUSTEE C#12-21821
******************************************
ATTN: US TRUSTEE SUPPORT
******************************************
```

*(handwritten: JH 12/12/13)*

```
CONSUMER ACCOUNTS ONLY:  Effective September 15, 2013, the maximum number of NSF/OD
fees Green Bank will assess will be limited to 5 per day, the current maximum is
10 per day. The current fee of $30.00 for NSF/Overdraft items remains unchanged.


             Account Title: TIMOTHY S HAGER, DEBTOR
                            DAVID E GROCHOCINSKI, TRUSTEE C#12-21821

Trustee Checking                              Number of Enclosures                  1
Account Number             1705122182101      Statement Dates  11/01/13 thru 12/01/13
Previous Balance                  423.47      Days in the statement period          31
     Deposits/Credits                 .00     Average Ledger                    163.92
   1 Checks/Debits                 423.47     Average Collected                 163.92
Service Charge                        .00
Interest Paid                         .00
Current Balance                       .00

                        --- CHECKS IN NUMBER ORDER ---
Date    Check No      Amount Reference
11/13     3008        423.47 022102246
* Denotes missing check numbers

Daily Balance Information
Date          Balance       Date           Balance
11/01          423.47      11/13                .00
```



Equal Opportunity Lender    NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION    FORM NO. VS-1060L
                            Direct inquiries to Phone # (713) 316-7070, 1-800-316-7572 or write to the above address                1204



Check 3003 Amount $1,800.00 Date 7/9/2013



Check 3003 Back



Check 3004 Amount $2,872.50 Date 7/9/2013



Check 3004 Back



Check 3005 Amount $57.20 Date 7/10/2013



Check 3005 Back



Check 3006 Amount $5,004.44 Date 7/15/2013



Check 3006 Back

1231



Check 3008 Amount $423.47 Date 11/13/2013

Check 3008 Back

| | | |
|---|---|---|
| **David E. Grochocinski, Trustee** | Case #: 12-21821-DRC | **GREEN BANK** |
| 1900 Ravinia Place | Case: HAGER, TIMOTHY S. Debtor(s). | 2900 North Loop West, Suite 200 |
| Orland Park IL 60462 | | Houston, TX - 77092 |

| VOID AFTER 90 DAYS | **DATE:** 07/08/2013 | **CHECK NO:** 3007 | **CONTROL NO:** 614 |
|---|---|---|---|

**PAY:** FOUR HUNDRED TWENTY-THREE AND 47 / 100        $423.47

**TO THE ORDER OF:** FIA CARD SERVICES NA as successor in interest to
Bank of America NA (USA)& MBNA
4161 Piedmont Parkway
NC4 105 03 14
Greensboro, NC 27410



Distribution on Claim #: 2;

ARLAND CLARKE M20801  12456478

1205